UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE LATWONE HAYNES,

    Petitioner,

v.

Case No. 16-cv-14371
Hon. Matthew F. Leitman

SHERMAN CAMPBELL, WARDEN,

    Respondent.
_____/

## JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Opinion and Order entered on February 3, 2020:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

    DAVID J. WEAVER
    CLERK OF THE COURT

    By: s/Holly A. Monda
    Deputy Clerk

Approved:

s/Matthew F. Leitman
Matthew F. Leitman
United States District Court

Dated: February 3, 2020
Flint, Michigan

1